IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY LEE SULLIVAN,

          Plaintiff,

v.

FLORA, INC.,

          Defendant.

ORDER

15-cv-298-wmc

The court held a telephonic conference today during which the court heard argument on reserved motions and other issues, and ruled on the record. The purpose of this order is simply to formalize those rulings.

Accordingly, IT IS ORDERED that:

1) The parties' joint motion to allow witness use of computer (dkt. #128) is GRANTED.

2) Defendant Flora, Inc.'s motion to exclude mention of digital files (dkt. #138) is GRANTED IN PART AND DENIED IN PART. Plaintiff Amy Sullivan may testify as to digital files, though her testimony is limited to proper lay testimony and may not extend to expert testimony as described by the court on the record.

3) Defendant's supplemental brief on whether the individual works in plaintiff's collective work registration are subject to separate statutory damages awards is due on or before April 16, 2017.

4) The court's prior ruling denying plaintiff's motion in limine no. 1 and granting defendant's motion in limine no. 3 regarding Danny Mager testifying as a liability expert stands.

Entered this 14th day of April, 2017.

          BY THE COURT:

          /s/
          _____
          WILLIAM M. CONLEY
          District Judge