# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

AMY LEE SULLIVAN d/b/a DESIGN KIT

    Plaintiff,

    v.

FLORA, INC.

    Defendant.

Case No. 15-cv-298

## FLORA'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Flora, Inc. ("Flora") hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment by the Honorable William M. Conley entered on May 16, 2017. [279].

Dated this 15th day of June, 2017.

Respectfully submitted,

/s/ Steven P. Fallon
Steven P. Fallon
Paul G. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
sfallon@gbc.law
pjuettner@gbc.law

*Attorneys for Defendant Flora, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Steven P. Fallon
Steven P. Fallon
Paul G. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
sfallon@gbc.law
pjuettner@gbc.law

*Attorneys for Defendant*
*Flora, Inc.*