IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY SULLIVAN, d/b/a DESIGN KIT,

    Plaintiff,

v.

FLORA, INC.,

    Defendant.

Case No: 15-cv-298-wmc

## PLAINTIFF'S NOTICE OF CROSS-APPEAL AND CONDITIONAL CROSS-APPEAL

Notice is hereby given that Amy Lee Sullivan, d/b/a Design Kit, Plaintiff in the above-named case ("Plaintiff"), hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from the portion of the District Court's Opinion and Order [Dkt. 327, pp. 19-23] denying Plaintiff's Motion for an Award of Attorneys' Fees and Related Non-Taxable Expenses entered on the 29th day of June, 2018.

Plaintiff also conditionally cross-appeals from the Judgment entered in this action on the 16th day of May, 2017 as well as other Orders from this Court (referenced and discussed in Dkt. 261), related to the Court's exclusion of portions of Plaintiff's actual damages evidence, evidence of Defendant's profits and experts' opinions regarding damages. Plaintiff does not believe it will be necessary or appropriate for the Court of Appeals for the Seventh Circuit to reach the issues raised in Plaintiff's conditional cross-appeal, because the Court of Appeals should affirm this Court's Judgment. However, if the Court of Appeals disagrees with, vacates, or modifies this Court's Judgment, Plaintiff preserves the issues raised in this conditional cross-appeal and is entitled to relief based on the errors in the Court's Orders.

Dated this 13th day of July, 2018.

**DEWITT ROSS & STEVENS S.C.**

By:   */s/ Harry Van Camp*
    Harry E. Van Camp (#1018568)
    Elijah B. Van Camp (#1100259)
    Two East Mifflin Street, Suite 600
    Madison, WI 53703-2865
    hvc@dewittross.com
    evc@dewittross.com
    608-255-8891

**Attorneys for Plaintiff**